UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2011
NOVEMBER 8, 2011 SESSION



FILED

NOV - 8 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:11-cr-00258
                                18 U.S.C. § 922(g)(1)
                                18 U.S.C. § 924(a)(2)
SHAWN THOMAS LESTER             18 U.S.C. § 922(g)(3)

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

1. On or about September 3, 2007, at or near Sissonville, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant SHAWN THOMAS LESTER did knowingly possess a firearm, that is, a shotgun, in and affecting interstate commerce.

2. At the time defendant SHAWN THOMAS LESTER possessed the aforesaid firearm, he had been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20):

    a. Convicted on or about November 4, 1994, in the Circuit Court of Kanawha County, of Grand Larceny, in violation of West Virginia Code §61-3-13.

    b. Convicted on or about July 26, 2001, in the United States District Court for the Southern District of West Virginia,

of Aiding and Abetting the Possession with Intent to Distribute Heroin in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

1. On or about September 5, 2007, at or near Sissonville, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant SHAWN THOMAS LESTER did knowingly possess a firearm, that is, a shotgun, in and affecting interstate commerce.

2. At the time defendant SHAWN THOMAS LESTER possessed the aforesaid firearm, he was an unlawful user of and addicted to a controlled substance as defined in Section 102 of the Controlled Substances Act.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

R. BOOTH GOODWIN II
United States Attorney


By: _____
R. GREGORY MCVEY
Assistant United States Attorney