# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/30/2012                                                                                         Case Number 2:11-cr-258
Case Style: USA vs. Shawn Lester
Type of hearing Plea
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                    Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey/Mary Claire Akers


Attorney(s) for the Defendant(s) Deirdre H. Purdy


Law Clerk                                                                                               Probation Officer Winifred Staats

### Trial Time



### Non-Trial Time

Plea Hearing


### Court Time

9:36 pm    to 10:14 pm
Total Court Time: 0 Hours 38 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

9:30 case set

9:36  - case called - purpose of hearing for defendant to enter plea to the two-count indictment -there is no plea agreement - defense counsel says that is correct

Defendant sworn - gave personal information

Court each count of indictment - defendant understands
Court gave elements for each count - defendant understands

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

Defendant gave factual basis

Court finds factual basis, accepts plea and adjudges defendant guilty

## District Judge Daybook Entry

Directs PSI - sentencing set for May 1, 2012, at 1:30 pm

Defendant remanded

10:14 concluded