UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:11-00258

SHAWN THOMAS LESTER

## GUILTY PLEA

In the presence of Deirdre H. Purdy, my counsel, who has fully explained the charges contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to the two-count indictment.

1/30/12
Date

Shawn Thomas Lester

Witness:

Counsel for Defendant